# Exhibit A

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In the Matter of the Complaint of | Civil Action No. _____ |
| GREAT LAKES DREDGE & DOCK CO., LLC, as Owner and Operator of the<br><br>DREDGE G.L.51 | **DECLARATION OF REGARDING THE VALUE OF THE DREDGE G.L. 51** |

I, Steven W. Becker, declare as follows:

1. I am the Senior Vice President of Mechanical Engineering for Great Lakes Dredge & Dock Co., LLC ("GLDD"), with an office at 2222 York Road, Oak Brook, Illinois 60523. I have held my current position since 1992.

2. I submit this declaration, based on my personal knowledge and role as Senior V.P. of Mechanical Engineering, to provide information about the valuation of the Dredge G.L. 51 (the "Dredge") as of June 29, 2011.

3. As Senior V.P. of Mechanical Engineering, my responsibilities include overseeing the maintenance and condition of GLDD's vessels, including the Dredge 51. I am fully familiar with the Dredge, its characteristics, and its usage history, and hence have knowledge of the factors relevant to assessing the Dredge's value.

4. Based on my experience and knowledge, the value of the Dredge on June 29, 2011, did not exceed Four Million Seven Hundred Seventy Five Thousand and 00/100 Dollars ($4,775,000).

416809.2

Exhibit A to Complaint

      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

NAME *Steve Becker*
Date: *4/29/14*
Oak Brook, Illinois

416809.2

Exhibit A to Complaint