IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| In the Matter of the Complaint of | Civil Action No. _____ |
|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC, as Owner Pro Hac Vice and Operator of the DREDGE G.L.51 For Exoneration from or Limitation of Liability | |

**MOTION TO ACCEPT AD INTERIM STIPULATIONS FOR VALUE, AND FOR THE ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE**

Plaintiff Great Lakes Dredge & Dock Co., LLC, by its attorneys Ober, Kaler, Grimes & Shriver, moves the Court to enter an Order (i) accepting the Ad Interim Stipulations for Value in the form of Letters of Undertaking proffered by plaintiff, (ii) accepting the $1,000 deposit as security for costs in accordance with Supplemental Admiralty Rule F(1) and LAR(f)(1), (iii) entering a restraining order and (iv) directing issuance of notice of the commencement of this proceeding, all as prayed for in the Complaint herein. A proposed Order is submitted with the filing of the Complaint.

M. Hamilton Whitman, Jr.
Trial Bar No. 00373 (mhwhitman@ober.com)
Geoffrey S. Tobias - Trial Bar No. 00301 (gstobias@ober.com)
Ober, Kaler, Grimes & Shriver, a Professional Corporation
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699

*Attorneys for Plaintiff*

416925.1