IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In the Matter of the Complaint of<br><br>GREAT LAKES DREDGE & DOCK CO., LLC,<br>as Owner Pro Hac Vice and Operator of the<br><br>DREDGE G.L.51<br><br>For Exoneration from or Limitation of Liability | Civil Action No. _____ |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO ACCEPT AD INTERIM STIPULATIONS FOR VALUE, AND FOR
THE ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE**

The relief requested by Plaintiff Great Lakes Dredge & Dock Co., LLC is required by and supported by the provisions of 46 U.S.C. §30511 and Rule F of the Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

Section 30511 states:

(a) *In General.* The owner of a vessel may bring a civil action in a district court of the United States for limitation of liability under this chapter. The action must be brought within 6 months after a claimant gives the owner written notice of a claim.

(b) *Creation of Fund.* When the action is brought, the owner (at the owner's option) shall (1) deposit with the court, for the benefit of claimants (A) an amount equal to the value of the owner's interest in the vessel and pending freight, or approved security; and (B) an amount, or approved security, that the court may fix from time to time as necessary to carry out this chapter; or (2) ....

(c) *Cessation of Other Actions.* When an action has been brought under this section and the owner has complied with subsection (b), all claims and proceedings against the owner related to the matter in question *shall cease*.

*See* 46 U.S.C. §30511 (emphasis added).

416919.1

Supplemental Admiralty Rule F similarly provides, in relevant part:

(1) *Time for Filing Complaint; Security.* Not later than six months after receipt of a claim in writing, any vessel owner may file a complaint in the appropriate district court, as provided in subdivision (9) of this rule, for limitation of liability pursuant to statute. The owner (a) shall deposit with the court, for the benefit of claimants, a sum equal to the amount or value of the owner's interest in the vessel and pending freight, or approved security therefor .... The plaintiff shall also give security for costs and, if the plaintiff elects to give security, for interest at the rate of 6 percent per annum from the date of the security.

\* \* \*

(3) *Claims Against Owner; Injunction.* Upon compliance by the owner with the requirements of subdivision (1) of this rule all claims and proceedings against the owner or the owner's property with respect to the matter in question ***shall cease***. On application of the plaintiff the court ***shall enjoin*** the further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action.

(4) *Notice to Claimants.* Upon the owner's compliance with subdivision (1) of this rule the court ***shall issue a notice*** to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy thereof on or before a date to be named in the notice. The date so fixed shall not be less than 30 days after issuance of the notice. For cause shown, the court may enlarge the time within which claims may be filed. The notice shall be published in such newspaper or newspapers as the court may direct once a week for four successive weeks prior to the date fixed for the filing of claims. The plaintiff not later than the day of second publication shall also mail a copy of the notice to every person known to have made any claim against the vessel or the plaintiff arising out of the voyage or trip on which the claims sought to be limited arose. ...

Supp. Adm. Rule F (emphasis added); *see also* United States District Court for the District of Maryland Local Admiralty Rule (f); *The San Pedro*, 223 U.S. 365, 372 (1912) ("The very nature of the proceeding ... has the effect of a statutory injunction.")..

_____
M. Hamilton Whitman, Jr.
Trial Bar No. 00373 (mhwhitman@ober.com)
Geoffrey S. Tobias - Trial Bar No. 00301 (gstobias@ober.com)
Ober, Kaler, Grimes & Shriver, a Professional Corporation
100 Light Street
Baltimore, MD  21202
Tel:  (410) 685-1120
Fax:  (410) 547-0699

*Attorneys for Plaintiff*