## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| In the Matter of the Complaint of | 14 Civ. _____ |
| GREAT LAKES DREDGE & DOCK CO., LLC, as Owner and Operator of the | **AD INTERIM STIPULATION FOR VALUE IN THE FORM OF A LETTER OF UNDERTAKING FOR $900,000** |
| DREDGE G.L.51 | |
| For Exoneration from or Limitation of Liability | |

WHEREAS, Great Lakes Dredge & Dock Co., LLC ("GLDD") has instituted proceedings in this Court pursuant to 46 U.S.C. §§ 30505 & 30511, with respect to all injury, loss, or damage arising out of a June 29, 2011, voyage of the DREDGE G.L. 51 (the "Dredge") in which it allegedly damaged and/or removed a series of underwater 115 Kilovolts (kV) electrical cables that were part of the "Lazo Metropolitano" Line 38000 (Line 38000), while engaging in the removal of existing underwater obstructions/debris in the Martin Pena canal in San Juan, Puerto Rico, the facts of which are more particularly set forth in the Complaint filed herein, or for any other matter arising during the voyage on which the Dredge was then engaged, in which proceedings GLDD prays, among other things, that the Court issue a notice to all persons asserting claims with respect to which the Complaint has been filed, notifying them to file their respective claims with the Clerk of this Court and to serve on GLDD's attorneys a copy thereof, and that an injunction issue restraining commencement and further prosecution of all claims and proceedings against GLDD, the Dredge, and/or the agents, representatives or insurers of GLDD or the Dredge, with respect to the matter in question, except in accordance with the provisions of the notice to be issued herein; and

416971.1

WHEREAS, GLDD wishes, except in accordance with the provisions of the notice to be issued herein, to prevent the commencement or prosecution hereafter of any and all suits, actions or legal proceedings of any nature or description whatsoever in any and all courts against GLDD or the Dredge, except before this Court, or against other property of GLDD or GLDD's agents, representatives, or insurers, and also wishes to provide a stipulation for value as security for such claims, subject to such due appraisement of the amount or value of GLDD's interest in the Dredge and its pending freight as the Court may hereafter order; and

WHEREAS, pending such due appraisement, the value of GLDD's interest in the Dredge at the end of the voyage described above has been fixed at $4,775,000 and the value of its pending freight has been fixed at $23,080 for a total of $4,798,080, all of which appears by the Declarations accompanying the Complaint; and

WHEREAS, security has separately been provided in the form of two stipulations for value in the form of Letters of Undertaking in the amounts of $1,00,000 and $2,898,080, respectively, and GLDD wishes to provide security for the remaining $900,000 of the value of the Dredge and its pending freight.

NOW, THEREFORE, in consideration of the premises,

**1.**

GLDD with an address at 2122 York Road, Oak Brook, IL 60523, hereby undertakes in the maximum sum of Nine Hundred Thousand and 00/100 Dollars (**$900,000**), with annual interest at six percent (6%) thereon from the date hereof, that within ten (10) days after the entry of an order confirming the report of a Commissioner to be appointed to appraise the value of GLDD's interest in the Dredge and its pending freight, GLDD will pay into the registry of the Court the said value of GLDD's interest as thus ascertained, or file or cause to be filed in this

action a further Letter of Undertaking, bond, or stipulation for value in the usual form of surety in the amount or value of such interest as thus ascertained; and pending the payment into the Court of such sum or the giving of such further Letter of Undertaking, bond, stipulation for value, or other form of security as ordered by the Court, this Ad Interim Stipulation for Value in the Form of a Letter of Undertaking for $900,000 shall stand as security for all claims in said proceeding.

**2.**

The signing of this stipulation by the individual below shall not be construed as binding on him/her personally, but is to be binding only upon GLDD identified herein.

Dated: April 30 , 2014
       At Oak Brook, IL

By: _Kathl LaVn_
Printed Name: _Kathleen LaVoy_
Title: _Vice President_