UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In the Matter of the Complaint of<br><br>GREAT LAKES DREDGE & DOCK CO., LLC,<br>as Owner and Operator of the<br><br>DREDGE G.L.51<br><br>For Exoneration from or Limitation of Liability | 14 Civ. _____<br><br>AD INTERIM STIPULATION<br>FOR VALUE IN THE FORM<br>OF A LETTER OF UNDERTAKING<br>**FOR $2,898,080** |

WHEREAS, Great Lakes Dredge & Dock Co., LLC ("GLDD") has instituted proceedings in this Court pursuant to 46 U.S.C. §§ 30505 & 30511, with respect to all injury, loss, or damage arising out of a June 29, 2011, voyage of the DREDGE G.L. 51 (the "Dredge") in which it allegedly damaged and/or removed a series of underwater 115 Kilovolts (kV) electrical cables that were part of the "Lazo Metropolitano" Line 38000 (Line 38000), while engaging in the removal of existing underwater obstructions/debris in the Martin Pena canal in San Juan, Puerto Rico, the facts of which are more particularly set forth in the Complaint filed herein, or for any other matter arising during the voyage on which the Dredge was then engaged, in which proceedings GLDD prays, among other things, that the Court issue a notice to all persons asserting claims with respect to which the Complaint has been filed, notifying them to file their respective claims with the Clerk of this Court and to serve on GLDD's attorneys a copy thereof, and that an injunction issue restraining commencement and further prosecution of all claims and proceedings against GLDD, the Dredge, and/or the agents, representatives or insurers of GLDD or the Dredge, with respect to the matter in question, except in accordance with the provisions of the notice to be issued herein; and

416801.1

WHEREAS, GLDD wishes, except in accordance with the provisions of the notice to be issued herein, to prevent the commencement or prosecution hereafter of any and all suits, actions or legal proceedings of any nature or description whatsoever in any and all courts against GLDD or the Dredge, except before this Court, or against other property of GLDD or GLDD's agents, representatives, or insurers, and also wishes to provide a stipulation for value as security for such claims, subject to such due appraisement of the amount or value of GLDD's interest in the Dredge and its pending freight as the Court may hereafter order; and

WHEREAS, pending such due appraisement, the value of GLDD's interest in the Dredge at the end of the voyage described above has been fixed at $4,775,000 and the value of its pending freight has been fixed at $23,080, for a total of $4,798,080, all of which appears by the Declarations accompanying the Complaint.

WHEREAS, security has separately been provided in the form of two stipulations for value in the form of Letters of Undertaking in the amounts of $900,000 and $1,000,000, respectively, and GLDD wishes to provide security for the remaining $2,898,080, of the value of the Dredge and its pending freight.

NOW, THEREFORE, in consideration of the premises,

**1.**

The underwriters identified herein in paragraph 2 (hereinafter collectively "Excess Underwriters"), by and through Lloyds Syndicate1861 as the lead underwriter of the subscribing underwriters, hereby undertake in the maximum sum of Two Million Eight Hundred Ninety Eight Thousand Eighty and 00/100 Dollars **($2,898,080),** but only in the respective percentages and amounts indicated for each in paragraph 2, with annual interest at six percent (6%) thereon from the date hereof, that within ten (10) days after the entry of an order confirming the report of

a Commissioner to be appointed to appraise the value of GLDD's interest in the Dredge and its pending freight, the Excess Underwriters will pay into the registry of the Court their respective shares of the said value of GLDD's interest as thus ascertained, or file or cause to be filed in this action a further Letter of Undertaking, bond, or stipulation for value in the usual form of surety in the amount or value of such interest as thus ascertained; and pending the payment into the Court of such sum or the giving of such further Letter of Undertaking, bond, stipulation for value, or other form of security as ordered by the Court, this Ad Interim Stipulation for Value in the Form of a Letter of Undertaking shall stand as security for all claims in said proceeding.

**2.**

The Excess Underwriters providing this Letter of Undertaking and their respective percentage shares and maximum amounts are as follows:

| Excess Underwriter | Share | Max Amt |
|---|---|---|
| Lloyds Syndicate 1861 - through Mosaic | 20% | $579,616 |
| Talbot Underwriting Syndicate 1182 through Underwriting Risk Services/Validus Group | 20% | $579,616 |
| Markel/Brit through AJG (UK) | 15% | $434,712 |
| Continental Insurance Company -- MOAC | 10% | $289,808 |
| Liberty International Underwriters through Liberty Mutual | 10% | $289,808 |
| Diamond State Insurance Company through Alesco | 10% | $289,808 |
| AGCS through Gulf Coast Marine | 7.5% | $217,356 |
| Starr Indemnity & Liability Company | 7.5% | $217,356 |

Each Excess Underwriter is responsible only for its share of the undertaking provided herein, and no other Excess Underwriter shall be responsible for the share of any of the other Excess Underwriters identified herein.

**3.**

Each of the Excess Underwriters submits itself to the jurisdiction of this Court for the limited purpose of this undertaking and agrees to abide by all orders and decrees of this Court,

intermediate or final, and to pay the amount awarded by the final decree rendered by this Court or an appellate court, after all appeals, if any, up to the principal amount of this undertaking in their respective shares and up to their respective maximum amounts, with interest as aforesaid, unless the amount or value of GLDD's interest in the said vessels and pending freight for limitation purposes shall be paid into Court by GLDD or a further Letter of Undertaking, bond, stipulation for value, or other security thereof shall be given as aforesaid in the meantime, in which event this undertaking shall be void.

4.

The signing of this stipulation by the individual below shall not be construed as binding on him/her personally or on Lloyds Syndicate 1861 except as provided above, and is to be binding only upon the Excess Underwriters identified herein.

Dated: April 30, 2014
At TALBOT, UNDERWRITING
COMPANY

By: /s/
Printed name: PETER FERGUSON
Title: SENIOR MARINE CLAIMS ADJUSTER

416801.1                                    4