IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

In the Matter of the Complaint of : Civil Action No. _CCB-14-1450_

GREAT LAKES DREDGE & DOCK CO., LLC,
as Owner Pro Hac Vice and Operator of the

DREDGE G.L.51

For Exoneration from or Limitation of Liability

NOTICE OF COMPLAINT
PURSUANT TO 46 U.S.C. §30505 & §30511

**PLEASE TAKE NOTICE** that Plaintiff Great Lakes Dredge & Dock Co., LLC, has filed a Complaint in admiralty, pursuant to 46 U.S.C. §§ 30505 & 30511, and the general maritime law, claiming that it is not liable, or in the alternative, that its liability is limited pursuant to 46 U.S.C. §30505, for any and all claims arising during, or in connection with, the June 29, 2011, voyage of the DREDGE G.L. 51 (the "Dredge") in which the Dredge allegedly damaged and/or removed a series of underwater 115 Kilovolts (kV) electrical cables that were part of the "Lazo Metropolitano" Line 38000 (Line 38000), while engaging in the removal of existing underwater obstructions/debris in the Martin Pena canal in San Juan, Puerto Rico, the facts of which are more particularly set forth in the accompanying Complaint filed herein.

All persons having such claims are directed to, on or before **June 13, 2014**.

(i)   File such claims in this proceeding, as provided in Supplemental Admiralty Rules F(4) and (5) of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States District Court, District of Maryland, 101 W. Lombard St., Baltimore, MD 21201; and

416872.1

 (ii) Serve on or mail a copy of such claims to the attorneys for the Plaintiff, Ober, Kaler, Grimes & Shriver, A Professional Corporation, 100 Light Street, Baltimore, Maryland 21202.

**Failure to so file and serve or mail shall result in default.** Personal attendance is not required. Any claimant desiring to contest the claims of Plaintiff GLDD must also file an answer to the Complaint as required by Supplemental Rule F(5) of the Federal Rules of Civil Procedure, and serve on or mail a copy of the answer to the attorneys for Plaintiff.

Baltimore, Maryland, this 6th day of May, 2014.

_____
CLERK

Attorneys for Plaintiff:
M. Hamilton Whitman, Jr. (mhwhitman@ober.com)
Geoffrey S. Tobias (gstobias@ober.com)
Ober, Kaler, Grimes & Shriver, A Professional Corporation
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 685-1120
Fax: (410) 547-0699