IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In the Matter of the Complaint of | * |
| GREAT LAKES DREDGE & DOCK CO., LLC, as Owner Pro Hac Vice and Operator of the | *   Civil Action No. 1:14-cv-01450-CCB  * |
| DREDGE G.L. 51 | * |
| For Exoneration from or Limitation of Liability | *  * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Kelly M. Preteroti as counsel for Great Lakes Dredge & Dock Co., LLC in the above-captioned case.

/s/
Kelly M. Preteroti, Trial Bar No. 28231
kmpreteroti@ober.com
M. Hamilton Whitman, Jr., Trial Bar No. 00373
(mhwhitman@ober.com)
Geoffrey S. Tobias, Trial Bar No. 00301
gstobias@ober.com
Ober, Kaler, Grimes & Shriver
A Professional Corporation
100 Light Street
Baltimore, Maryland 21202
Tel:  410-685-1120
Fax:  410-547-0699

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2014, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record by CM/ECF filing.

/s/
Kelly M. Preteroti