# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| **In the Matter of the Complaint of** | * |
| **GREAT LAKES DREDGE & DOCK COMPANY, LLC, as Owner Pro Hac Vice and Operator of the** | * |
| | * |
| **DREDGE G.L. 51** | *   Civil Action No. CCB-14-CV-1450 |
| **For Exoneration from or Limitation of Liability** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAIM OF PUERTO RICO ELECTRIC POWER AUTHORITY

Claimant, Puerto Rico Electric Power Authority (hereinafter "PREPA"), by and through its attorneys, JoAnne Zawitoski, Alexander M. Giles, and Semmes, Bowen & Semmes, pursuant to Supplemental Admiralty Rule F(5), hereby files this Claim in response to the Complaint filed herein by Limitation Plaintiff Great Lakes Dredge & Dock Co., LLC (hereinafter "GLDD"), and in support thereof states as follows:

1. PREPA incorporates by reference all of the provisions of its Answer and Affirmative Defenses filed contemporaneously in this matter, as if fully stated herein.

## JURISDICTION

2. The claims stated herein are admiralty and maritime claims as provided in Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1333 and Supplemental Admiralty Rule F.

## PARTIES

3. PREPA is a Puerto Rican governmental entity headquartered in San Juan, Puerto Rico with its principal place of business at 1110 Ponce de Leon Avenue, Stop 16 ½, NEOS Building, San Juan, Puerto Rico.

4. Upon information and belief, GLDD is a limited liability company organized and existing under the laws of the State of Delaware with a principal place of business in the State of Illinois.

5. Upon information and belief, Dragados USA ("DUSA") is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 810 7th Avenue, New York, New York 10019.

## BACKGROUND

6. PREPA owns and operates a major power line, the 115 kV "Lazo Metropolitano" Line 38000, in San Juan, Puerto Rico, that runs from Isla Grande GIS through to the San Juan Power Plant.

7. A segment of that underground power line runs underwater through the Caño Martín Peña, parallel to The Constitution Bridge in San Juan.

8. On August 16, 2004, PREPA was issued a permit by the U.S. Army Corps of Engineers (hereinafter "The Corps") for the installation of the 115 kV Line 38000.

9. In 2007, PREPA requested a modification of that permit with The Corps in order to alter the location of the cable running along the bottom of the Caño Martín Peña. By letter dated October 26, 2007, The Corps accepted PREPA's request for a modification of the permit.

*See* Letter from Col. Paul Grosskruger of the U.S. Army Corps of Engineers, attached hereto as Exhibit 1.

10. Subsequently, upon information and belief, The Corps contracted DUSA to perform a dredging and excavation project in the Caño Martín Peña. The Corps awarded to DUSA Contract No. W912EP-10-C-0035, for the project identified as Rio Puerto Nuevo Flood Control Project Margarita Channel Improvements and Miscellaneous Features.

11. Upon information and belief, and pursuant to its contract with The Corps, DUSA had the following contractual obligations:

    a. to protect from damage all existing improvements and utilities, see Sec. 00700, Cl. 52.236-9(b);

    b. to repair, at its own expense, damage to utilities, see Sec. 01 11 00, Cl. 1.8;

    c. to scan the construction site with electromagnetic or sonic equipment to locate and mark underground utilities, and to verify the elevation of existing utilities not indicated or specified to be removed and not marked by PREPA and other utility companies, see Sec. 01 11 00, Cl. 1.11 & 1.11.1;

    d. to physically verify the location and elevation of existing utilities indicated prior to the starting of work, see Sec. 31 23 00, Cl. 3.1.2; and

    e. to investigate the location of all utility crossings and take precautions against damages which might result for operations in the vicinity of utility crossings, see Sec. 35 20 23, Cl. 1.11.1.

12. Upon information and belief, several months later, DUSA, in turn, subcontracted the dredging and excavation work to GLDD.

13. DUSA has alleged in its Claim against GLDD filed in this matter that pursuant to its Subcontract Agreement, GLDD "agreed to be bound to DUSA by all the undertakings in the USACE Contract, and agreed to assume all of DUSA's obligations and responsibilities under the USACE Contract." *See* Paragraph 7 of DUSA Claim against GLDD.

14. Upon information and belief, GLDD utilized Dredge G.L. 51, as well as other related vessels, to perform the dredging and excavation work.

15. On or about June 29, 2011, while GLDD was performing its dredging operations in the Caño Martín Peña, the underground power line suffered damages when it was wrongfully removed from its connections.

16. Upon information and belief, GLDD personnel were aware at the time that they had damaged the underwater power line cables during their dredging operations, and even inquired with DUSA and/or The Corps about what to do with the disconnected power line cabling.

17. Upon information and belief, DUSA and/or The Corps instructed GLDD to pull up the power line cables and dump them on the shore of the Caño Martín Peña. GLDD negligently complied with this instruction, or negligently acted on its own, failed to notify PREPA or other proper Puerto Rican authorities about what it had done, and allowed the valuable copper cables to become a target for looters.

18. The removal of the underground power line made it impossible for PREPA to use the line in its current state.

4

19. In addition to the removal and destruction of the underground power line cables, themselves, the act of forcefully removing the cables caused further and extensive damages to the devices and structures holding the cables in place and to the electrical conduits on both ends of the cables.

20. After a lengthy investigation by PREPA, involving, among other things, the analysis of archived data, DUSA finally confirmed to PREPA in 2013 that it had been contracted by The Corps to perform the dredging and excavation work in the Caño Martín Peña, that it had subcontracted the work to GLDD, and that GLDD was performing such dredging work during that particular time period in the summer of 2011.

21. PREPA put the responsible parties on notice by sending formal claim letters, dated October 28 and 31, 2013, respectively, to The Corps, DUSA, and GLDD. *See* formal claim letters, attached hereto as Exhibits 2, 3, and 4, respectively.

22. Subsequently, after obtaining bids for the replacement and repair of the underground power line cables and various supporting structures, PREPA has determined its aforementioned damages.

23. As of May 15, 2014, PREPA has sustained damages totaling at least $5,932,482.20, as best as can now be determined, pertaining to the removal of the underground power line and the related damages suffered thereto. *See* Summary of Damages suffered by PREPA with certified English translations, attached hereto collectively as Exhibit 5.

## **CLAIM AGAINST GLDD**

24. PREPA incorporates by reference and restates paragraphs 1 through 23 above, as if fully and completely set forth verbatim herein.

5

25. While performing dredging and excavation operations in the Caño Martin Peña in San Juan, Puerto Rico during the summer of 2011, GLDD failed to take the proper precautions or make the necessary investigation in order to determine the existence and location of the underground power line in the Caño Martin Peña and/or GLDD negligently hired or trained its crew and/or negligently operated its vessels so as to cause the underground power line to be damaged.

26. GLDD's vessels used in performing dredging and excavation operations in the Caño Martin Peña in San Juan, Puerto Rico during the summer of 2011 were unseaworthy in that they were not properly manned or equipped to carry out the excavation operations in a prudent manner, and GLDD failed to exercise due diligence to make its vessels used in the aforesaid operations seaworthy in all respects.

27. After improperly disconnecting the underground power line, GLDD failed to notify PREPA or other proper Puerto Rican authorities of the damage and knowingly dumped a valuable copper line ashore, where it knew or should have known that the line would become a target for looters.

28. As a result of its negligence, and the unseaworthiness of its vessels, GLDD, Dredge G.L. 51, and the other related vessels on this project, caused significant damage to PREPA's underground power line.

29. On October 31, 2013, PREPA placed GLDD on formal notice as to the aforementioned damages and as to GLDD's role in bringing about such damages.

30.     Despite due demand by PREPA, GLDD has failed to pay and continues to refuse to pay for the damages that PREPA has sustained in connection with the removal and destruction of the underground power line in San Juan, Puerto Rico.

31.     As of May 15, 2014, PREPA has sustained damages totaling at least $5,932,482.20, as best as can now be determined.

WHEREFORE, Claimant Puerto Rico Electric Power Authority prays for judgment against Great Lakes Dredge & Dock Company, LLC in the amount of at least $5,932,482.20, plus prejudgment interest, attorneys' fees, costs, postjudgment interest at the legal rate, and/or whatever other relief this Court deems just and proper.

*/s/*
JoAnne Zawitoski (Fed. Bar No. 00698)
Alexander M. Giles (Fed. Bar No. 25474)
Semmes, Bowen & Semmes, P.C.
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Telephone No.: (410) 539-5040
Fax: (410) 539-5223
jzawitoski@semmes.com
agiles@semmes.com

*Attorneys for Claimant,*
*Puerto Rico Electric Power Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of July, 2014, a copy of Claimant PREPA's Claim in response to Petitioner's Complaint was electronically sent *via* the ECF system to all counsel of record.

                                                     /s/
                                   Alexander M. Giles

B1502752.DOCX